| | |
|---|---|
| 1 | JAMES E. CURRY  (SBN 115769) |
| 2 | jcurry@loeb.com |
|   | TODD J. DENSEN (SBN 318051) |
| 3 | tdensen@loeb.com |
|   | LOEB & LOEB LLP |
| 4 | 10100 Santa Monica Blvd., Suite 2200 |
|   | Telephone: 310-282-2000 |
| 5 | Facsimile:  310-282-2200 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | SHOWTIME NETWORKS INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD J. MAYWEATHER, an individual, | Case No.:  2:26-CV-2671 |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION BY DEFENDANT SHOWTIME NETWORKS INC. PURSUANT TO 28 U.S.C. § 1441(b) (DIVERSITY)** |
| v. | |
| SHOWTIME NETWORKS INC., a Delaware corporation; STEPHEN ESPINOZA, an individual; and Does 1-100, inclusive, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant Showtime Networks Inc. ("Showtime"), hereby removes to this Court the state court action described below.

1.  On February 3, 2026, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Floyd J. Mayweather, Plaintiff, v. Showtime Networks Inc, Stephen Espinoza and Does 1-100*, *Defendants,* Case No. 26STCV03610 (the "Action").  A copy of the State court's docket in the Action is attached hereto as **Exhibit 1**.  A copy of the Complaint is included within

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

243039359.1
922222-00218

NOTICE OF REMOVAL OF ACTION

the copies of the documents in the State court's file that are attached hereto collectively as **Exhibit 2**.

2. The first date upon which Showtime received notice of the Action was February 3, 2026, when Showtime obtained a copy of the Complaint from the Court's file. Plaintiff Floyd J. Mayweather ("Plaintiff") has not served the Complaint upon Showtime.

3. This Court has jurisdiction over the Action pursuant to 28 U.S.C. § 1332, and the Action may be removed to this Court pursuant to 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. In his Complaint, Plaintiff alleges damages of not less than $340 million.

4. Complete diversity of citizenship is present in the Action in that:

    a. Plaintiff is, and has been at all times since the Action was filed, a citizen of the State of Nevada. (*See* Complaint, ¶ 11.)

    b. Defendant Showtime is, and has been at all times since the Action was filed, a corporation incorporated under the laws of the State of Delaware, and its principal place of business is, and has been at all times since the Action was filed, the State of New York.

    c. Defendant Stephen Espinoza ("Espinoza") is, and has been at all times since the Action was filed, a citizen of the State of New York. In his Complaint, Plaintiff incorrectly alleges that Espinoza is "residing in California." (Complaint, ¶ 12.) In any event, Plaintiff has not served the Complaint upon Espinoza. Accordingly, Espinoza has not joined in this notice, and the locus of Espinoza's citizenship does not affect the removability of the Action. (28 U.S.C. § 1446(b)(2)(A).)

5. Upon receipt of a case number in this Court, notice of this removal will promptly be served upon Plaintiff's counsel and filed with the Clerk of the above-

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

243039359.1
922222-00218

2

NOTICE OF REMOVAL OF ACTION

1  referenced state court pursuant to 28 U.S.C. § 1446(d).  A proof of service of such
2  notice will promptly be filed in this Court.
3      6.   Showtime reserves its rights to assert any defense or objections to
4  which it may be entitled.  Showtime reserves the right to amend or supplement this
5  notice of removal.

Respectfully submitted,

Dated:  March 12, 2026

LOEB & LOEB LLP
JAMES E. CURRY
TODD J. DENSEN

By: *James Curry*
James E. Curry
Attorneys for Defendant
SHOWTIME NETWORKS INC.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

243039359.1
922222-00218

3

NOTICE OF REMOVAL OF ACTION