JAMES E. CURRY (SBN 115769)
jcurry@loeb.com
TODD J. DENSEN (SBN 318051)
tdensen@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone:  310.282.2000
Facsimile:  310.282.2200

Attorneys for Defendant
SHOWTIME NETWORKS INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD J. MAYWEATHER, an individual; <br><br> Plaintiff, <br><br> v. <br><br> SHOWTIME NETWORKS INC., a Delaware corporation; STEPHEN ESPINOZA, an individual; and Does 1-100, inclusive, <br><br> Defendants, <br><hr> SHOWTIME NETWORKS INC., a Delaware corporation, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> MAYWEATHER PROMOTIONS, LLC, a Nevada LLC, <br><br> Third-Party Defendant. | Case No.:  2:26-CV-2671 <br><br> Assigned to _____ <br><br> **THIRD-PARTY PLAINTIFF SHOWTIME NETWORKS, INC.'S THIRD PARTY COMPLAINT AGAINST MAYWEATHER PROMOTIONS, LLC; DEMAND FOR JURY TRIAL** <br><br> Underlying <br>     Complaint filed:   February 3, 2026 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

243131524.2
242702-10004

THIRD-PARTY PLAINTIFF SHOWTIME NETWORKS, INC.'S THIRD PARTY COMPLAIN T AGAINST MAYWEATHER PROMOTIONS, LLC

Third-Party Plaintiff Showtime Networks Inc., as and for its Third-Party Complaint against Third-Party Defendant Mayweather Promotions, LLC ("MP LLC"), alleges as follows:

## THE PARTIES

1.     Showtime is a Delaware corporation with its principal place of business in New York, New York.

2.     MP LLC is a limited liability company organized under the laws of the State of Nevada, with its principal place of business in Nevada.  Its managing member is Plaintiff Floyd Mayweather, who alleges in the complaint that he is a resident of Las Vegas, Nevada.

## JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over Showtime's cross-claims against MP LLC pursuant to 28 U.S.C. §§ 1332 and 1367.

4.     This Court has personal jurisdiction over MP LLC because, upon information and belief, MP LLC conduct business from and within the State of California, and Mayweather filed this case in California.

5.     Venue is proper in this District because the initial action was filed in this District.

## FIRST CROSS-CLAIM
## CONTRACTUAL INDEMNIFICATION

6.     Showtime repeats and re-alleges the allegations in paragraphs 1 through 5 as if fully set forth herein.

7.     Showtime and MP LLC are parties to the Master Agreement (the "Agreement"), dated February 22, 2013, which dealt with the promotion, presentation, and exploitation of up to six professional boxing matches featuring Mayweather.

8.     There are at least three bases for contractual indemnification under the Agreement:

2

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

243131524.2
242702-10004

9. First, section 13 of the Agreement, entitled "Indemnity," provides as follows that the designated promoter will indemnify and hold Showtime harmless arising out of a breach or alleged brief by designated promoter.

10. MP LLC is the designated promoter and party to individual distribution agreements applicable to Mayweather's fights under the Agreement. In those distribution agreements, MP LLC agreed to and did provide instructions to Showtime for payment of the event promotor's share of the proceeds and agreed to engage and pay all fighters participating in the event, including Mayweather.

11. Mayweather's allegations in the instant action concern an alleged material breach of MP LLC's representations, warranties, covenants, and/or obligations under the Agreement and several individual distribution agreements, including, without limitation, an alleged failure to pay Mayweather as a fighter participating in the event and to provide proper payment instructions to Showtime for payment of the event promotor's share of the proceeds.

12. Pursuant to Section 13 of the Agreement, MP LLC must now indemnify Showtime for the costs incurred as a result of and in the course of defending this action.

13. Second, pursuant to section 1 of the Agreement, MP LLC was required to cause (a) Mayweather to execute an inducement letter for each fight noting that he would seek payment solely from the designated promoter of that fight, and (b) the promoter of the fight to enter into a distribution agreement under which the promoter affirmed its obligation to pay the fighters and agreed to provide proper instructions to Showtime for payment of the promoter's share of the revenue if any.

14. If Mayweather's allegations in the instant action are true, MP LLC has breached its express and implied obligations under the Agreement to take responsibility for Mayweather's payment for the contemplated fights, and has failed to properly perform its contractual duties.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

243131524.2
242702-10004

THIRD-PARTY PLAINTIFF SHOWTIME NETWORKS, INC.'S THIRD PARTY COMPLAIN T AGAINST MAYWEATHER PROMOTIONS, LLC

15.     Accordingly, MP LLC must now indemnify Showtime for the costs incurred as a result of and in the course of defending this action.

16.     Third, in entering into the Agreement, MP LLC owed Showtime a duty of good faith and fair dealing which required, among other things, that it ensured Showtime received proper instructions for payment of the promotor's share of proceeds, ensured that it or another designated promoter paid Mayweather all sums owed for the fights, and that Mayweather (currently an officer of MP), would solely look to the MP or another designated promoter for payment, and specifically not Showtime.

17.     If Mayweather's allegations in the instant action are true, MP LLC has breached its implied covenant of good faith and fair dealing, and has failed to properly perform its contractual duties.

18.     Accordingly, MP LLC must now indemnify Showtime for the costs incurred as a result of and in the course of defending this action.

## SECOND COUNTERCLAIM
## EQUITABLE INDEMNIFICATION
### *(In the Alternative)*

19.     Showtime repeats and re-alleges the allegations in paragraphs 1 through 5 as if fully set forth herein.

20.     Mayweather has brought the instant action against Showtime, seeking money to which he was allegedly entitled pursuant to distribution deals his entity, MP LLC, entered into with Showtime.

21.     It was understood and agreed among and between Mayweather, MP LLC, and Showtime that MP LLC and not Showtime would be responsible for distributing any money to which Mayweather himself was entitled to Mayweather.

22.     Pursuant to its distribution deals with MP LLC, Showtime distributed to MP LLC all money it was contractually obligated to distribute.

4

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

243131524.2
242702-10004

THIRD-PARTY PLAINTIFF SHOWTIME NETWORKS, INC.'S THIRD
PARTY COMPLAIN T AGAINST MAYWEATHER PROMOTIONS, LLC

23.     If Mayweather's allegations were true, at a minimum, MP LLC and Showtime are joint tortfeasors, or all fault would rest with MP LLC.

24.     If Showtime is somehow held legally responsible for MP LLC's failure to properly distribute money to Mayweather, then MP LLC must indemnify Showtime for any damages awarded it.

25.     Moreover, even if Showtime is not found liable under any of Mayweather's claims, MP LLC must still indemnify Showtime for the costs it has been forced to incur in the course of defending itself in this action.

26.     Additionally, Showtime and MP LLC are parties to the February 22, 2013 Agreement, which dealt with the promotion, presentation, and exploitation of up to six professional boxing matches featuring Mayweather.

27.     Under the Agreement MP LLC was required to cause (a) Mayweather to execute an inducement letter for each fight noting that he would seek payment solely from the designated promoter of that fight, and (b) the promoter of the fight to enter into a distribution agreement under which the promoter affirmed its obligation to pay the fighters and agreed to provide proper instructions to Showtime for payment of the promoter's share of the revenue if any.

28.     MP LLC failed to properly perform its contractual duties under the Agreement.

29.     Therefore, to the extent no express indemnity is found in the Agreement, MP LLC has an implied obligation to indemnify Showtime for the allegations in the instant action.

30.     Accordingly, if Showtime is somehow held legally responsible for MP LLC's failure to properly distribute money to Mayweather, then MP LLC must indemnify Showtime for any damages awarded it.

31.     Moreover, even if Showtime is not found liable under any of Mayweather's claims, MP LLC must still indemnify Showtime for the costs it has been forced to incur in the course of defending itself in this action.

5

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

243131524.2
242702-10004

THIRD-PARTY PLAINTIFF SHOWTIME NETWORKS, INC.'S THIRD PARTY COMPLAIN T AGAINST MAYWEATHER PROMOTIONS, LLC

## PRAYER FOR RELIEF

**WHEREFORE,** Showtime prays as follows:

a)      That MP LLC be required to indemnify Showtime for all costs incurred by, and damages awarded against, Showtime in this suit, and all damage resulting from the bringing of this action;

b)      That Showtime be awarded all costs, expenses, and disbursements that it has incurred and will incur in the defense of this suit; as well as all damage resulting from the bringing of this action; and

c)      For such other and further relief as the Court deems just and proper.

Dated:  March 12, 2026                LOEB & LOEB LLP
                                      JAMES E. CURRY
                                      TODD J. DENSEN


                                      By:      _s/ James E. Curry_
                                              James E. Curry

                                      Attorneys for Defendant
                                      SHOWTIME NETWORKS INC.


## DEMAND FOR JURY TRIAL

Defendant Showtime Networks Inc. hereby demands a jury trial of this action.

Dated:  March 12, 2026                LOEB & LOEB LLP
                                      JAMES E. CURRY
                                      TODD J. DENSEN


                                      By:      _s/ James E. Curry_
                                              James E. Curry

                                      Attorneys for Defendant
                                      SHOWTIME NETWORKS INC.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

243131524.2
242702-10004

THIRD-PARTY PLAINTIFF SHOWTIME NETWORKS, INC.'S THIRD PARTY COMPLAIN T AGAINST MAYWEATHER PROMOTIONS, LLC