Bobby Samini (SBN 181796)
bobby.samini@saminilaw.com
SAMINI BLOCK APC
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (949) 724-0900

Attorneys for Plaintiff FLOYD J. MAYWEATHER and Third-Party Defendant MAYWEATHER PROMOTIONS, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLOYD J. MAYWEATHER, an individual,<br>Plaintiff,<br>v.<br>SHOWTIME NETWORKS INC., a Delaware corporation; STEPHEN ESPINOZA, an individual; and Does 1-100, inclusive,<br>Defendants.<br><br>SHOWTIME NETWORKS INC., a Delaware corporation,<br>Third-Party Plaintiff,<br>v.<br>MAYWEATHER PROMOTIONS, LLC, a Nevada LLC,<br>Third-Party Defendant. | Case No. 2:26-cv-02671-GW-MBK<br>Assigned to Hon. George H. Wu<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND THIRD-PARTY DEFENDANT**<br><br>Date: December 7, 2026<br>Time: 8:30 a.m.<br>Crtrm: 9D, 9th Floor |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, AND TO PLAINTIFF FLOYD J. MAYWEATHER AND THIRD-PARTY DEFENDANT MAYWEATHER PROMOTIONS, LLC:**

PLEASE TAKE NOTICE that on December 7, 2026, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9D, 9th Floor, of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, before the Honorable George H. Wu, Bobby Samini and SAMINI BLOCK APC will and hereby do move the Court for an order granting them leave to withdraw as counsel of record for Plaintiff FLOYD J. MAYWEATHER ("Mr. Mayweather") and Third-Party Defendant MAYWEATHER PROMOTIONS, LLC ("MP LLC") (together, the "Clients").

This Motion is made pursuant to Local Rules 83-2.3.2 and 83-2.3.4 and California Rule of Professional Conduct 1.16(b), made applicable by Local Rule 83-3.1.2, on the ground that good cause exists for withdrawal because the attorney-client relationship has broken down such that continued representation is no longer practicable. Counsel has given the Clients written notice of this Motion reasonably in advance, as required by Local Rule 83-2.3.2, and has given MP LLC written notice of the consequences of its inability to appear pro se, as required by Local Rule 83-2.3.4.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place by telephone on November 2, 2026. Counsel for Defendant and Third-Party Plaintiff Showtime Networks Inc. stated that Showtime does not oppose the Motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Bobby Samini, the [Proposed] Order lodged herewith, all pleadings and papers on file in this action, and

such further evidence and argument as may be presented at or before the hearing. Any opposition must be filed and served in accordance with Local Rule 7-9.

**NOTICE TO PLAINTIFF FLOYD J. MAYWEATHER:**

If this Motion is granted, you will be representing yourself unless and until new counsel files an appearance on your behalf. You will be personally responsible for complying with all orders of the Court, the Federal Rules of Civil Procedure, the Local Rules of this Court, and all deadlines in this action, including those relating to Showtime's pending motion to compel (Dkt. 45) and motion for summary judgment on your Complaint (Dkt. 32). Failure to do so may result in adverse rulings, including dismissal of your claims or other sanctions.

**NOTICE TO THIRD-PARTY DEFENDANT MAYWEATHER PROMOTIONS, LLC (L.R. 83-2.3.4):**

Under Local Rule 83-2.2.2, a limited liability company may not appear in this action except through an attorney permitted to practice before this Court. MP LLC cannot represent itself, and Mr. Mayweather, as its managing member, cannot represent it. If this Motion is granted and MP LLC does not promptly retain new counsel who files an appearance on its behalf, MP LLC will be unable to defend against Showtime's Third-Party Complaint (Dkt. 5), oppose Showtime's pending motion for summary judgment on the Third-Party Complaint (Dkt. 35), respond to the pending motion to compel (Dkt. 45), or otherwise participate in this action. The consequences may include the striking of MP LLC's Answer (Dkt. 26), entry of default and default judgment against MP LLC, and other sanctions. MP LLC is strongly urged to retain new counsel immediately.

Dated: November 9, 2026 SAMINI BLOCK APC

/s/ Bobby Samini
Bobby Samini
Attorneys for Plaintiff Floyd J. Mayweather and Third-Party Defendant Mayweather Promotions, LLC

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 650 Town Center Drive, Suite 1500, Costa Mesa, California 92626. My electronic service address is ashley.chau@saminilaw.com.

On November 9, 2026, I served the following documents:

1. NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND THIRD-PARTY DEFENDANT;

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL;

3. DECLARATION OF BOBBY SAMINI IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL, WITH EXHIBIT A; and

4. [PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL,

on the following persons:

James E. Curry (jcurry@loeb.com)
Todd J. Densen (tdensen@loeb.com)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Attorneys for Defendant and Third-Party Plaintiff Showtime Networks Inc.

BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused the documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who are registered CM/ECF users. Fed. R. Civ. P. 5(b)(2)(E).

Floyd J. Mayweather (joysinclair777@gmail.com)
Plaintiff

Mayweather Promotions, LLC, by e-mail to its representative,

Brent Johnson (brent@oneentertainment.com)
Third-Party Defendant

BY ELECTRONIC MAIL: I caused the documents to be transmitted by electronic mail to the persons at the electronic mail addresses listed immediately above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 9, 2026, at Costa Mesa, California.

/s/ Ashley Chau
Ashley Chau